# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Honorable Dickinson R. Debevoise |
| v. : | Crim. No. 08-914 |
| WILLIAM PERONE : | ORDER FOR CONTINUANCE |
| : | |

This matter having been opened to the Court by Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Jonathan W. Romankow, Assistant U.S. Attorney, appearing), and defendant WILLIAM PERONE (Donald McCauley, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that he has the right under 18 U.S.C. § 3161(b) to have the matter brought to trial within seventy (70) days of the date of his appearance before a judicial officer of this court pursuant to Title 18 U.S.C. § 3161; and the defendant through his attorney having waived such rights and consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the defendant desire additional time to enter a plea in Court, which would thereby render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 30th day of March, 2009,

ORDERED that the proceedings in the above-captioned matter are continued for sixty (60) days from March 26, 2009; and it is further

ORDERED that the period between from March 26, 2009 through May 25, 2009 shall be excludable in computing time under the Speedy Trial Act of 1974.

*[signature]*
HON. DICKINSON R. DEBEVOISE
United States District Judge


Form and entry
consented to:

_____
JONATHAN ROMANKOW
Assistant U.S. Attorney

*[signature]*
DONALD MCCAULEY, Esq.
Counsel for defendant William Perone